# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. WALSH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01714-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

On December 27, 2021, the undersigned denied Plaintiff's application to proceed *in forma pauperis* and ordered Plaintiff to pay the full $400 filing fee or submit a new application to proceed *in forma pauperis* demonstrating his indigent status by January 28, 2022. Docket No. 15. Plaintiff did not pay the filing fee or submit a new application in response to that order.

The undersigned now **RECOMMENDS** that Plaintiff's application to proceed *in forma pauperis*, Docket No. 4, be **DENIED** and that Plaintiff be required to pay the full $400 filing fee if Plaintiff wishes to proceed with this case.

DATED: February 11, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).