1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4       Robert J. Walsh,                                                )
                                                                        )
5                                  Plaintiff,                           )       Case No.: 2:20-cv-01714-GMN-NJK
               vs.                                                      )
6                                                                       )       **ORDER**
        Brian Williams, *et al.*,                                      )
7                                                                       )
                                   Defendants.                          )
8  _____)

9       Pending before the Court is the Report and Recommendation, (ECF No. 16), of United

10  States Magistrate Judge Nancy J. Koppe, which states that Plaintiff Robert J. Walsh's

11  application to proceed *in forma pauperis* be denied.

12      A party may file specific written objections to the findings and recommendations of a

13  United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

14  D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo*

15  determination of those portions to which objections are made. *Id.*  The Court may accept, reject,

16  or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

17  28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court

18  is not required to conduct "any review at all . . . of any issue that is not the subject of an

19  objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed,

20  the Ninth Circuit has recognized that a district court is not required to review a magistrate

21  judge's report and recommendation where no objections have been filed. *See, e.g.*, *United*

22  *States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

23      Here, no objections were filed, and the deadline to do so has passed. (See Min. Order,

24  ECF No. 16) (setting a February 25, 2022, deadline for objections).

25  //

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 16), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Robert J. Walsh's Application to Procced *in forma pauperis*, (ECF No. 4), is **DENIED**.  Plaintiff is required to pay the full $400 filing fee if he wishes to proceed with this case.

Dated this __28__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court